# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

REGINALD HOUSLEY

Case No: 8:91-cr-61-T-23MAP
USM No: 12145-018

Previous Judgment Signed: December 10, 1991

Defendant's Attorney: Tracy Dreispul, afpd

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant (Doc. 246) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.
☒ GRANTED and the defendant's previously imposed term of imprisonment **IS REDUCED TO (1) A TERM OF ONE HUNDRED SIXTY-EIGHT MONTHS PLUS A MANDATORY, CONSECUTIVE TERM OF SIXTY MONTHS OR (2) A TERM OF TIME SERVED PLUS TEN DAYS, WHICHEVER IS GREATER.**

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |
| Plus 60 month mandatory consecutive (Count Three) | | Plus 60 month mandatory consecutive (Count Three) | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the December 10, 1991, judgment shall remain in effect.

ORDERED in Tampa, Florida, on _____March 25th_____, 2008.

Effective Date: _____
(if different from order date)

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE